State of Vermont
 
 
SUPERIOR COURT
 ENVIRONMENTAL DIVISION

 Docket No. 81-7-15 Vtec

 
--------------------------------------------------------------------------------
Okemo Mtn. School Fitness Facility CU/SP

 ENTRY REGARDING MOTION

Count 1, Municipal DRB Multiple Types OTR (81-7-15 Vtec)

Title: Motion Accept Appellants' Printed Case & Revised Brief (Motion 2)
Filer: Sports Odyssey, Inc., Joseph & Steven L. Rolka 
Attorney: David L. Grayck
Filed Date: January 29, 2016
No response filed
The motion is GRANTED.
Appellants filed their original brief on January 27, 2016. Two days later they filed this motion, along with their printed case and revised brief. The brief was revised only to include references to the printed case, and to correct minor typographical errors.
Okemo Mountain School has filed no response to the motion. 
Parties to an on-the-record appeal must file a printed case pursuant to V.R.A.P. 30. See also V.R.E.C.P. 5(h)(1)(A) (applying the Rules of Appellate Procedure to on-the-record appeals). 
Because the printed case is required by the Rules, and because Appellants cured the defect in a timely manner, and there is no objection, and apparently no prejudice, Appellants' motion to accept their printed case and revised brief is Granted. 
So ordered.
Electronically signed on September 30, 2016 at Newfane, Vermont, pursuant to V.R.E.F. 7(d).
0-6312900
________________________________
Thomas S. Durkin, Judge
Environmental Division

Notifications:
David L. Grayck (ERN 4510), Atty. for Appellants Sports Odyssey, Inc., Joseph & Steven L. Rolka
J. Christopher Callahan (ERN 3603), Attorney for Interested Person Town of Ludlow
Lawrence G. Slason (ERN 2443), Attorney for Appellee Okemo Mountain School
nlow